UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MDTN Case No. 3:13-00173-01 |
| vs. | ) | EDTN Mag. No. 1:15-MJ-44 |
| | ) | |
| AMAR WALKER | ) | JUDGE CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on March 4, 2015, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Petition for Warrant for Offender Under Supervision and Warrant for Arrest out of the Middle District of Tennessee at Nashville. Those present for the hearing included:

(1) An Asst. United States Attorney (AUSA) for the Government.
(2) The defendant.
(3) Attorney Anthony Martinez for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Atty. Anthony Martinez of Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Petition and Warrant and had the opportunity of reviewing those documents with his attorney. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

The AUSA respectively moved defendant be detained without bail pending a hearing in the Middle District of Tennessee at Nashville.

### Findings

(1) The defendant waived his identify hearing and preliminary hearing, reserving the right to have those hearings in the charging district.

1

Conclusion

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Middle District of Tennessee at Nashville.

(2) The U.S. Marshal shall transport defendant to the Middle District of Tennessee at Nashville for a hearing on a date to be determined once defendant is in said district.

ENTER.

                     S/*William B. Mitchell Carter*
                     UNITED STATES MAGISTRATE JUDGE

2